UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 25, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DANIEL W. CHATTIN, ) <br> ) <br> Defendant. ) | Case No. 2:12-MJ-00020-DAD <br><br> AMENDED <br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DANIEL W. CHATTIN</u>, Case No. <u>2:12-MJ-00020-DAD</u>, Charge <u>18 USC §§ 1031; 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     ✔ Bail Posted in the Sum of $ <u>100,000 (secured by real property)</u>

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✔ (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 25, 2012</u> at <u>2:30</u> pm .

By    *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge